

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2020

No. 04-20-00371-CV

**IN THE INTEREST OF L.M., ET AL CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02077
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant Mom's brief was due to be filed with this court on September 14, 2020. *See* TEX. R. APP. P. 38.6(a). Before the due date, Mom filed a motion for a fourteen-day extension of time to file her brief.

Appellant Mom's motion is GRANTED. Her brief is due on September 28, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court